Nos. 15-1071, 15-1105 (consolidated)

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ATLAS IP, LLC
*Plaintiff-Appellant,*

v.

MEDTRONIC MINIMED, INC., MEDTRONIC USA, INC., AND MEDTRONIC, INC.,
*Defendants-Cross-Appellants.*

Appeals from the United States District Court for the Southern District of Florida, Case No. 1:13-CV-23309-CMA, Judge Cecilia M. Altonaga

## UNOPPOSED CROSS-APPELLANTS' MOTION FOR 14-DAY EXTENSION OF TIME TO FILE OPENING AND RESPONSE BRIEF

Cross-Appellants Medtronic Minimed, Inc., Medtronic USA, Inc., and Medtronic, Inc. ("Medtronic") respectfully request an extension of 14 days, to and including December 18, 2014, to file their opening and response brief in this appeal. The brief is presently due December 4, 2014. No parties have requested or received any extensions of time for briefing deadlines in this appeal.

Counsel for Medtronic has discussed this motion with counsel for Plaintiff-Appellant Atlas IP, LLC, and is informed that the motion is unopposed and no party intends to file a response.

There is good cause for the requested extension. During the allotted time to prepare Medtronic's brief, Medtronic's counsel are and have been preparing briefs in other pending appeals in this Court and other courts of appeals. The relatively short extension requested here should permit Medtronic's counsel a sufficient amount of time to meet their professional obligations and to complete and refine Medtronic's brief for clear and effective presentation to the Court.

Medtronic thus respectfully requests an extension of 14 days, to and including December 18, 2014, to file the opening and response brief.

| | |
|---|---|
| November 10, 2014 | Respectfully submitted, |
| | */s/ William H. Burgess* |
| Luke L. Dauchot | Jeanne M. Heffernan |
| KIRKLAND & ELLIS LLP | Akshay S. Deoras |
| 333 S. Hope Street, 30th Floor | KIRKLAND & ELLIS LLP |
| Los Angeles CA 90071 | 601 Lexington Avenue |
| (213) 680-8500 | New York, NY 10022 |
| | (212) 446-4800 |
| | |
| | John C. O'Quinn |
| | William H. Burgess |
| | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, N.W. |
| | Washington, D.C. 20005 |
| | (202) 879-5000 |
| | |
| | *Counsel for Cross-Appellants* |

# CERTIFICATE OF INTEREST

Counsel for Cross-Appellants certify the following:

1. **The full name of every party represented by me is:** Medtronic Minimed, Inc., Medtronic USA, Inc., and Medtronic, Inc.

2. **The name of the real party in interest, if not named in the caption, is:** N/A.

3. **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:**

    Medtronic, Inc.

4. **The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or are expected to appear in this Court are:**

<u>Kirkland & Ellis LLP:</u> Jeanne M. Heffernan, Luke L. Dauchot, Akshay S. Deoras, Ryan Kane, Beatrice Hahn, Sharre Lotfollahi, John C. O'Quinn, William H. Burgess

<u>Rasco Klock Perez & Nieto, P.L.:</u> Janet T. Munn

*/s/ William H. Burgess*

## **CERTIFICATE OF SERVICE**

On November 10, 2014, the foregoing document was submitted to the Court through the CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the CM/ECF system.

*/s/ William H. Burgess*